UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22620-JEM

HOWARD COHAN,

    Plaintiff,

vs.

SUNSHINE DADE INVESTMENTS LLC
a Florida Limited Liability Company, and
DORAL SERVICE CENTER, INC.,
a Florida Profit Corporation,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendants, SUNSHINE DADE INVESTMENTS LLC, a Florida Limited Liability Company, and DORAL SERVICE CENTER, INC., a Florida Profit Corporation (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against SUNSHINE DADE INVESTMENTS LLC, a Florida Limited Liability Company, and DORAL SERVICE CENTER, INC., a Florida Profit Corporation; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

    RESPECTFULLY SUBMITTED September 21, 2023.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ Marc A. Rapaport** |
| Gregory S. Sconzo, Esq. | MARC A. RAPAPORT |
| Florida Bar No.: 0105553 | Florida Bar No.: 1008359 |
| Samantha L. Simpson, Esq. | COLE, SCOTT & KISSANE, P.A. |
| Florida Bar No.: 1010423 | Counsel for Defendant |
| Sconzo Law Office, P.A. | Cole, Scott & Kissane Building |
| 3825 PGA Boulevard, Suite 207 | 9150 South Dadeland Boulevard, Suite 1400 |

1

| | |
|---|---|
| Palm Beach Gardens, FL 33410 | P.O. Box 569015 |
| Telephone: (561) 729-0940 | Miami, Florida 33256 |
| Facsimile: (561) 491-9459 | Telephone (305) 350-5338 |
| Email: greg@sconzolawoffice.com | Facsimile (305) 373-2294 |
| Email: samantha@sconzolawoffice.com | Primary e-mail: marc.rapaport@csklegal.com |
| Email: alexa@sconzolawoffice.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
      **Gregory S. Sconzo, Esq.**