UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-22620-CIV-MARTINEZ

HOWARD COHEN,

    Plaintiff,

v.

SUNSHINE DADE INVESTMENTS LLC
d/b/a DORAL SHELL GAS STATION,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before this Court on the Parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 9). Having reviewed the record and being otherwise fully advised of the premises, it is

**ORDERED AND ADJUDGED** that:

1. The Joint Stipulation is **APPROVED** and **CONFIRMED**, and this action is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorney's fees and costs in accordance with the Settlement Agreement referenced in the Joint Stipulation.

2. The Court shall retain jurisdiction only to enforce the terms of the Parties' Settlement Agreement referenced in the Joint Stipulation because the Parties conditioned the Joint Stipulation upon the Court retaining jurisdiction over that matter. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278–79 (11th Cir. 2012).

3. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of September, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record